UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING
INDUSTRY INSURANCE AND ANNUITY FUNDS,

                Plaintiffs,        Index No.:

                                                RULE 7.1

    -against-

ENVIROCHROME SERVICES, LTD. AND ENVIROCHROME
INTERIORS, INC. AND ENVIROCHROME INTERIORS &
DESIGN, INC. AND ENVIROCHROME DECORATING
COMPANY, INC.,

                Defendant.
-----------------------------------------------------------------------x

**07 CIV. 8406**

**JUDGE KARAS**

      Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party.

      None

Dated: September 17, 2007

                                                        /s/ Dana L. Henke
                                               Dana L. Henke, Esq. (DLH3025)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____