## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV8406   Purchased/Filed: September 27, 2007
STATE OF NEW YORK   UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT

Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds   Plaintiff

against

Envirochrome Interiors & Design, Inc.   Defendant

STATE OF NEW YORK
COUNTY OF ALBANY   SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____October 2, 2007_____, at ___2:00 pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Rule 7.1 and Complaint on

_____Envirochrome Interiors & Design, Inc._____, the Defendant in this action, by delivering to and leaving with _____Chad Matice_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent know the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __28__   Approx. Wt: __200__   Approx. Ht: __6'0"__
Color of skin: __White__   Hair color: __Brown__   Sex: __M__   Other: _____

Sworn to before me on this

__4th__ day of _____October, 2007_____

DONNA M. TDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice-Work Order # SP0708261

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179