# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV8406                                                                                    Purchased/Filed: September 27, 2007
STATE OF NEW YORK     UNITED STATES DISTRICT COURT                            SOUTHERN DISTRICT

---

Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds    **Plaintiff**

against

Envirochrome Decorating Company, Inc.    **Defendant**

---

STATE OF NEW YORK
COUNTY OF ALBANY      SS.:

___Jessica Miller___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___October 3, 2007___, at ___2:00 pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Rule 7.1 and Complaint

on ___Envirochrome Decorating Company, Inc.___, the Defendant in this action, by delivering to and leaving with ___Carol Vogt___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: ___43___    Approx. Wt: ___118___    Approx. Ht: ___5'___
Color of skin: ___White___    Hair color: ___Brown___    Sex: ___F___    Other: _____

Sworn to before me on this
5th day of ___October, 2007___

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4698570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0708262

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**