UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS,

Plaintiffs,

-against-

ENVIROCHROME SERVICES, LTD. AND ENVIROCHROME INTERIORS, INC. AND ENVIROCHROME INTERIORS & DESIGN, INC. AND ENVIROCHROME DECORATING COMPANY, INC.,

Defendant.

---------------------------------------------------------------------x

Index No.: 07-CIV-8406 (KMK)

**VOLUNTARY NOTICE OF DISMISSAL**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: ____________

Please take notice that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiffs by the undersigned attorney of record hereby voluntarily dismisses the above entitled action. Without Prejudice.

Dated: February 25, 2008
Elmsford, New York

Dana L. Henke, Esq. (DLH3025)
Attorney for Plaintiff
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515

SO ORDERED

Honorable Kenneth M. Karas, U.S.D.J.